## SMITH v. CITY OF WINSTON-SALEM

No. 399P97

Case below: 126 N.C. 831

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## STATE v. ALLEN

No. 358P97

Case below: 126 N.C.App. 831

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

## STATE v. CATHEY

No. 406P97

Case below: 127 N.C.App. 395

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

## STATE v. CLARK

No. 393P97

Case below: 126 N.C.App. 831

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 17 September 1997. Motion by the Attorney General to dismiss defendant's petition for discretionary review dismissed 17 September 1997. Motion by defendant for temporary stay denied 17 September 1997.

## STATE v. COOPER

No. 325P97

Case below: 126 N.C.App. 226

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.